**UNITED STATES of America, Appellant, v. WHITE EAGLE OIL & REFINING COMPANY.**

No. 10427.

Circuit Court of Appeals, Eighth Circuit.
Sept. 16, 1935.

Sam C. Blair, Asst. U. S. Atty., of Kansas City, Mo., for the United States.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, on motion of counsel for appellant.